# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA AVILA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>TRINET HR XI INC. , et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20−cv−04215−JWH−JPR<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

  12/15/2020          27          Answer  

 Date Filed         Doc. No.    Title of Doc.

**IT IS HEREBY ORDERED:**

Certification and Notice of Interested Parties shall be filed no later than December 28, 2020.

Clerk, U.S. District Court

Dated: December 21, 2020         By:  /s/ *Irene Vazquez*
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*