Greg A. Garbacz, Bar No. 167007
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(714) 542-1800/FAX (714) 542-3592
ggarbacz@klinedinstlaw.com

Ricardo E. Diaz, Bar No. 320503
KLINEDINST PC
777 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
(213) 406-1100/FAX (213) 406-1101
rdiaz@klinedinstlaw.com

Attorneys for Defendant SN & BC, LLC
dba HAMPTON INN NORCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANA AVILA, an individual California resident, ALMA AVILA DOROTEO, an individual California resident, and the proposed class,<br><br>Plaintiffs,<br><br>v.<br><br>SN & BC, LLC, dba HAMPTON INN NORCO, a California corporation, TRINET HR XI, INC., a Delaware corporation, KIRIT PANSURIA, a California resident, HR OUTSOURCING ASSOCIATES, LLC, a Delaware corporation, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-04215-CJC-JPR<br><br>**JOINT NOTICE OF SETTLEMENT IN LIEU OF JOINT RULE 26(F) REPORT**<br><br>Hon. John W. Holcomb<br>Courtroom: Dept. 2<br><br>Hearing Date: June 18, 2021<br>Hearing Time: 11:00 a.m.<br>Trial Date:  None Set |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs, ANA AVILA and ALMA AVILA DOROTEO ("Plaintiffs"), and defendant, SN & BC, LLC dba HAMPTON INN NORCO ("Defendant")

(collectively hereinafter referred to as the "Parties") by and through their respective attorneys, hereby file this Joint Notice of Settlement in accordance with Local Rule 16-15.7 of this Court and this Court's Scheduling Order, entered May 11, 2021.  In furtherance of this notice, the Parties respectfully request this Court take notice that on or around April 12, 2021, the Parties agreed to resolve this matter, subject to a fully executed Confidential Settlement Agreement ("Agreement").  The terms of the Agreement are inclusive of the following:

1. Defendant agrees to pay a confidential monetary sum to Plaintiffs on or before June 2, 2021, or until Plaintiffs file the appropriate dismissals of their claims against the defendants in this action, whichever comes later.

2. Plaintiffs agree to dismiss each of their individual claims against all defendants <u>with prejudice</u>.

3. Plaintiffs agree to dismiss each of their class allegations and/or claims against all defendants <u>without prejudice</u>.

4. Plaintiffs agree to release all rights and claims, known and unknown, which they have against all defendants named in this lawsuit, including but not limited to Defendants Trinet HR XI, Inc., Kirit Pansuria, HR Outsourcings Associates, LLC, and Fine Hospitality Group.

5. The Agreement's release provisions include a waiver of the Plaintiffs' right to bring or participate in settlements of future representative or PAGA claims against all defendants.  However, the Agreement does not waive or resolve the PAGA claims of any other "aggrieved employee" or the State of California with respect to a prospective PAGA claim which as not been added to the Lawsuit.

///
///
///
///
///

JOSE GARAY APLC/
HAMNER LAW OFFICES, APLC

DATED: May 26, 2021    By: _____/s/ Jose Garay_____
                              /s/ Christopher J. Hamner
                           Jose Garay
                           Christopher J. Hamner
                           Attorneys for Plaintiffs

KLINEDINST PC

DATED: May 26, 2021    By: _____/s/ Ricardo E. Diaz_____
                           Greg A. Garbacz
                           Ricardo E. Diaz
                           Attorneys for Defendant SN & BC, LLC
                           dba HAMPTON INN NORCO

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

# CERTIFICATE OF SERVICE

**Doroteo, et al. v. SN & BC, LLC, et al.**
**Case No. 2:20-cv-04215-CJC-JPR (cm# 4852-5002)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2 Park Plaza, Suite 1250, Irvine, California 92614.

On June 1, 2021, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT IN LIEU OF A JOINT RULE 26(f) REPORT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 1, 2021, at Irvine, California.

/s/ Linda Samson
Linda Samson

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

**SERVICE LIST**
**Doroteo, et al. v. SN & BC, LLC, et al.**
**Case No. 2:20-cv-04215-CJC-JPR (cm# 4852-5002)**

| | |
|---|---|
| Jose Garay<br>JOSE GARAY APLC<br>25255 Cabot Road, Suite 219<br>Laguna Hills, CA 92653 | T: 949-208-3400<br>E: jose@garaylaw.com<br><br>Lead counsel for Plaintiffs<br>ANA AVILA and ALMA AVILA DOROTEO |
| Christopher J. Hamner, Esq.<br>HAMNER LAW OFFICES, APLC<br>26565 West Agoura Road, Suite 200-197<br>Calabasas, CA 91302 | T: 888-416-6654<br>F:<br>chamner@hamnerlaw.com<br><br>Attorneys for Plaintiffs<br>ANA AVILA and ALMA AVILA DOROTEO |

JOINT NOTICE OF SETTLEMENT(19542150.1)